UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                      CASE NO.   8:14-CR- 480 \17 mAP

                                        18 U.S.C. § 641
ELLIOT KAHANA                           18 U.S.C. § 981(a)(1)(C)-Forfeiture
                                        28 U.S.C. § 2461(c)-Forfeiture

## INDICTMENT

The Grand Jury charges:                 SEALED

## COUNT ONE

Beginning in on or about April, 2009, and continuing through in or about

January, 2011, in Pinellas County in the Middle District of Florida, and

elsewhere, the defendant,

ELLIOT KAHANA,

did knowingly embezzle, steal, purloin and convert to his own use and the use of

another, in excess of $1,000 of monies that belonged to the United States and

the United States Department of Veterans Affairs, with intent to deprive the

United States and the United States Department of Veterans Affairs of the use

and benefit of those monies.

In violation of Title 18, United States Code, Section 641.

## FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  From his engagement in any or all of the violations alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 641, the defendant,

ELLIOT KAHANA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of his right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

3.  The property to be forfeited includes, but is not limited to, a money judgment in the amount of $29,400.00, which represents the amount of proceeds obtained as a result of the offenses.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sol d to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Amanda C. Kaiser
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, General Crimes Section

No. 8:14-CR-

Case 8:14-cr-00480-WFJ-LSG    Document 1    Filed 11/20/14    Page 4 of 4 PageID 4

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## ELLIOT KAHANA

## INDICTMENT

Violations:

18 U.S.C. § 641

A true bill,

_____
Foreperson

Filed in open court this 20th day

of November, 2014.

_____
Clerk

Bail $_____

GPO 863 525