## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.  8:14-CR-480-T-17MAP                          DATE:   December 3, 2014

HONORABLE  ELIZABETH A. JENKINS                        INTERPRETER   N/A
                                                        LANGUAGE

UNITED STATES OF AMERICA                                 AUSA Amanda Kaiser
v.                                                      Government Counsel

ELLIOT KAHANA                                            AFPD Howard Anderson
Defendant                                              Defense Counsel

COURT RPTR/TAPE  Digital                               DEPUTY CLERK Cathy Morgan

TIME     2:17 - 2:28                    TOTAL     COURTROOM     11A

## PROCEEDINGS: **INITIAL APPEARANCE/ARRAIGNMENT**
*(Circle proceedings that apply)*

|   |   |
|---|---|
| X | Deft provided w/copy of    Indictment |
| X | ARREST DATE:      December 3, 2014 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed for all purposes including trial |
| X | Govt position on release - signature bond |
|   |   |
| X | Court sets bond for defendant |
| X | $20,000.00 signature bond |
| X | Pretrial Services supervision |
| X | Drug test and/or treatment at the direction of Pretrial Services |
| X | Continue with his mental health treatment at the direction of Pretrial Services |
| X | Travel is enlarged to the State of Florida |
| X | Can not change his address without prior court approval |
| X | Shall not obtain a passport |
| X | Shall surrender his passport to Pretrial Services within 24 hours |
|   |   |
| X | Indictment filed and copied to defendant. |
| X | Defendant waived reading of Indictment |
| X | Defendant plead Not Guilty as to all counts |
| X | Status conference set for December 19, 2014 at 10:30 a.m. before Judge Kovachevich |
| X | Government to provide Rule 16(a) discovery |
| X | Defendant to provide Rule 16(b) discovery |
| X | Judge Pizzo to enter the standing discovery order. |