UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 8:14-CR-480-T-17MAP

ELLIOT KAHANA

**NOTICE OF MAXIMUM PENALTY, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The essential elements of a violation of Title 18, United States Code, Section 641, theft of government property or funds, are as follows:

First:      That the money or property described in the information belonged to the United States;

Second:      That the Defendant embezzled, stole and converted such money or property to his own use or to the use of another;

Third:      That the Defendant did so knowingly and willfully with intent to deprive the owner of the use or benefit of the money or property so taken; and

Fourth:      That the money or property had a value in excess of $1,000.

PENALTY

The penalty for the offense charged in Count One of the Indictment is up to 10 years' imprisonment, a fine of $250,000 or the greater of twice the gross gain or twice the gross loss, and up to 3 years of supervised release.

## FACTUAL BASIS

The Veterans Administration (VA) received information that Anne Kahana, a VA benefits recipient, had died on April 28, 2009, but the VA had no notice of the death and benefits continued to be paid in error until January 2011. The monthly benefit payment amount was $1,400.00 and approximately $29,400.00 was paid out by the VA after the death of Anne Kahana. As all rights to benefits ceased upon her death, an investigation was conducted to ascertain who was taking the money. The VA had directly deposited the monthly benefit payments into a Bank of America bank account that the decedent shared with her son, the defendant, Elliot Kahana.

Elliot Kahana was interviewed by the VA Office of Inspector General case agent and a U.S. Secret Service agent on July 31, 2014. During the interview, Elliot Kahana admitted to taking his dead mother's VA benefits that were paid after her death and acknowledged that what he did was wrong.

3

As a result of the defendant's wrongful conversion and retention of the government funds, the United States Department of Veteran Affairs suffered a loss of $29,400.00.

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By:    *s/ Amanda C. Kaiser*
       Amanda C. Kaiser
       Assistant United States Attorney
       Florida Bar No. 83984
       400 N. Tampa Street, Ste. 3200
       Tampa, FL 33602
       Phone:   (813) 274-6000
       Fax:   (813) 274-6103
       Email:   amanda.kaiser@usdoj.gov

**U.S. v. Elliot Kahana**                          **Case No. 8:14-CR-480-T-17MAP**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Howard C. Anderson, Esq.

                                            *s/ Amanda C. Kaiser*
                                            Amanda C. Kaiser
                                            Assistant United States Attorney
                                            Florida Bar No. 83984
                                            400 N. Tampa Street, Ste. 3200
                                            Tampa, FL 33602
                                            Phone:     (813) 274-6000
                                            Fax:       (813) 274-6103
                                            Email:     amanda.kaiser@usdoj.gov