UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 8:14-cr-480-T-17MAP

ELLIOT KAHANA

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States of America's (DKT. 33) Motion for a Forfeiture Money Judgment in the amount of $29,400.00.

Being fully advised of the relevant facts, the Court hereby finds that at least $29,400.00 in proceeds was derived from the theft of government funds to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be liable for a forfeiture money judgment in the amount of $29,400.00.

It is FURTHER ORDERED that this order it shall become a final order of forfeiture as to the defendant at sentencing.

CASE NO. 8:14-CR-480-T-17MAP

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 26th day of MAY, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record