**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO:  8:14-cr-480-T-17MAP                DATE: August 11, 2015

HONORABLE ELIZABETH A. KOVACHEVICH

UNITED STATES OF AMERICA                    Amanda Kaiser
                                                          Government Counsel
vs.

ELLIOT KAHANA  (Bond)                       AFPD Howard Anderson
Defendant                                              Defense Counsel

COURT RPTR/TAPE: SANDRA PROVENZANO    DEPUTY CLERK: CINDY LEIGH-MARTIN

TIME: 11:33-11:57            TOTAL:   /24              COURTROOM 14A

### CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES

 X    Plea agreement  and/or straight up plea is ratified and accepted.

 X    Defendant is adjudged guilty on count(s) one of the Indictment.

 X    Court finds (X) no grounds for guideline departure.

 X    Probation: THIRTY-SIX (36) MONTHS as to count(s) one of the Indictment

 X    Special conditions of (X) probation:

(X) The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

(X) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

(X) The defendant shall provide the probation officer access to any requested financial information.

(X) The defendant shall perform 75 hours of community service as directed by the probation officer.

(X) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

(X) The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

 X    Fine: Waived

 X    Restitution: $26,600.  See Criminal Monetary Penalties - Page 5 of the Judgment for details.

 X    Special Assessment: $100    As to count(s): one

 X    The defendant is advised of right to appeal and to counsel on appeal.

 X    Bond (X) continued.

 X    The defendant shall report immediately to the United States Probation Office at 501 East Polk Street, Suite 800, Tampa, Florida.

 X    Counsel noted no objections to sentencing proceeding.

OTHER:

ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level:           8
Criminal History Category:     I
Imprisonment Range:            0 to 6 months
Supervised Release Range:      1 to 3 years
Restitution: $26,600
Fine Range: $1,000 to $10,000
Special Assessment: $100