# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.     Case No. 8:14-Cr-480-T-17MAP

**ELLIOT KAHANA**

_____/

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

**COMES NOW**, the Defendant, **ELLIOT KAHANA**, by and through his undersigned counsel, Howard Anderson, pursuant to 18 U.S.C. § 3564(c) & Fed. R. Cr. P. 32.1(c) and moves this Court to: **TERMINATE HIS REMAINING TERM/PERIOD OF PROBATION**.   As grounds for this motion the following is offered:

1.   On April 20 2015, Mr. Kahana pled guilty to count one of this indictment which charged him with theft of government funds in violation of Title 18 U.S.C. § 641 (Docs. 1& 36).

2.   On August 11, 2015 Mr. Kahana was sentenced by this Honorable Court to 36 months of probation and ordered to pay restitution in the amount of $26,600 during this probation term. (Doc. 45).

3. As of the filing of this motion, Mr. Kahana has been compliant with the terms of probation and has made significant and consistent payment of the restitution. Mr. Elliott is due to terminate his probation in August of this year. Mr. Elliott seeks to terminate his probation early due to compliance with the conditions of probation and continued payment of restitution. If early termination is granted Mr. Kahana will continue to pay his restitution and is due a financial annuity and will use that to completely satisfy his restitution requirement.

4. Due to Mr. Kahana's sound compliance with his probation and willingness to continue paying the restitution undersigned counsel requests this Court grant early termination of Mr. Kahana's probation. *See* 18 U.S.C. § 3564(c) (providing the court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may ... terminate a term of probation previously ordered and discharge the defendant, ... if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice).

6. Assistant United States Attorney Robert Mosokowski, who now covers this case for the formerly assigned AUSA Amanda Kaiser offers no position in favor or opposition to the instant motion. This is also the position of United States Probation which supervises Mr. Kahana.

**WHEREFORE**, Mr. Kahana prays this Court will grant the relief requested herein.

        Respectfully submitted,

        DONNA LEE ELM
        FEDERAL PUBLIC DEFENDER

By:   /s/ Howard C. Anderson
      Howard C. Anderson
      Florida Bar No.: 013176
      Assistant Federal Defender
      400 N. Tampa Street, Suite 2700
      Tampa, Florida 33602
      Telephone: (813) 228-2715
      Fax: (813) 228-2562
      Email: Howard_Anderson@fd.org
      *Attorney for Defendant Kahana*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2018, a true copy of the foregoing was filed by the CM/ECF system with the Clerk of the Court, which will send a notice of the electronic filing to United States Attorney's Office:

Robert Mosokowski, AUSA

By:   /s/ Howard C. Anderson
      Howard Anderson
      Assistant Federal Defender