UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:14-CR-480-T-17MAP

ELLIOT KAHANA.

_____/

ORDER

This cause is before the Court on:

Dkt. 48    Motion for Early Termination of Probation

Defendant Elliot Kahana requests that the Court terminate Defendant Kahana's remaining term of Probation pursuant to 18 U.S.C. Sec. 3564(c) and Fed. R. Crim. P. 32.1(c).

On August 11, 2015, Defendant Kahana was sentenced to 36 months of probation, and ordered to pay restitution of $26,600 during this probation term. Defendant Kahana states that Defendant has been compliant with the terms of probation and has made significant and consistent payment of the restitution. Defendant Kahana's probation is due to terminate in August, 2018.

Defendant Kahana further states that if early termination is granted, Defendant Kahana will continue to pay his restitution, is due a financial annuity, and will use that to completely satisfy Defendant's restitution requirement.

The Government and the supervising U.S. Probation Officer neither favor nor oppose Defendant Kahana's Motion for Early Termination.

Case No. 8:14-CR-480-T-17MAP

Defendant Kahana has completed more than one year of the term of probation imposed. The Court notes that there is an outstanding financial obligation, but Defendant Kahana intends to completely satisfy the financial obligation, and will have the means to do so.

Pursuant to 18 U.S.C. Sec. 3564(c), the undersigned has considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determines that termination of probation is warranted, and is in the interest of justice. Accordingly, it is

**ORDERED** that Defendant Kahana's Motion for Early Termination of Probation (Dkt. 48) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of May, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

U.S. Probation