United States District Court

Middle District of Florida

Tampa Division

Elliot S. Kahana
133 E. Concord St.
Orlando, FL 32801
689-808-7545
ElliotKahana1@Gmail.com
* Spoke To Lindsay
Who said to come in
I drove 120 miles

JAN 14 2026 AM 11:08
FILED - USDC - FLMD - TPA

Case Number: 8:14CR 480
                    WFJ-LSG

## Motion To Get

Title of Document:

all copies of
CASe, Including
Booklet FROM
* Probation Councler
    Judge "K"

Please I need As Soon As possible
Respectfully Requested
Elliot Seymour Kahana